**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒ | : | |
| REITNOUR INVESTMENT PROPERTIES -- LIMERICK, L.P. | : | CIVIL ACTION |
| 1260 Valley Forge Road, Suite 103 | : | NO. 02-3455 |
| Phoenixville, Pennsylvania 19460 | : | |
| | : | |
| vs. | : | |
| | : | |
| CLARICA LIFE INSURANCE COMPANY – U.S. | : | |
| 13890 Bishop's Drive, Suite 300 | : | |
| Brookfield, Wisconsin 53008 | : | |
| | : | |
| and | : | |
| | : | |
| WILMINGTON TRUST CORP. | : | |
| Rodney Square North | : | |
| 1100 North Market Street | : | |
| Wilmington, Delaware 19890-0001 | : | |
| | : | |
| Defendants. | : | |
| ‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒‒ | : | |

**ORDER**

AND NOW this _____ day of _____, 2002, pursuant to the Notice of

Dismissal filed by Plaintiff Reitnour Investment Properties -- Limerick L.P., it is hereby

ORDERED that the Clerk of Court shall enter an Order dismissing this action with prejudice as

to Defendant Wilmington Trust Corp.

_____
Bartle, III, U.S.D.J.

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| | : | |
| REITNOUR INVESTMENT PROPERTIES -- | : | CIVIL ACTION |
| LIMERICK, L.P. | : | |
| 1260 Valley Forge Road, Suite 103 | : | NO. 02-3455 |
| Phoenixville, Pennsylvania 19460 | : | |
| | : | |
| vs. | : | |
| | : | |
| CLARICA LIFE INSURANCE COMPANY – U.S. | : | |
| 13890 Bishop's Drive, Suite 300 | : | |
| Brookfield, Wisconsin 53008 | : | |
| | : | |
| and | : | |
| | : | |
| WILMINGTON TRUST CORP. | : | |
| Rodney Square North | : | |
| 1100 North Market Street | : | |
| Wilmington, Delaware 19890-0001 | : | |
| | : | |
| Defendants. | : | |

## <u>NOTICE OF DISMISSAL AS TO DEFENDANT WILMINGTON TRUST CORP.</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Reitnour Investment

Properties -- Limerick L.P., through counsel, herby gives notice that this action is to be

dismissed with prejudice as to Defendant Wilmington Trust Corp.  Defendant Wilmington Trust

Corp. has neither served an answer to the complaint nor filed a motion for summary judgment in

this action.

Dated:  June 18, 2002                              Respectfully submitted,


                                                   HANGLEY ARONCHICK SEGAL & PUDLIN


                                        By: _____
                                            Henry E. Hockeimer, Jr. (Atty. I.D. No. 86768)
                                            Alan C. Promer (Atty. I.D. No. 81006)
                                            One Logan Square, 27th Floor
                                            Philadelphia, PA 19103-6933
                                            (215) 568-6200

                                            Attorneys for Plaintiff Investment Properties --
                                            Limerick, L.P.

## CERTIFICATE OF SERVICE

I hereby certify that copies of Plaintiff's Notice of Dismissal of Defendant Wilmington

Trust Corp. were served on June 18, 2002, as follows:

By Hand Delivery:    Richard M. Jordan, Esquire
                     White and Williams LLP
                     1800 One Liberty Place
                     Philadelphia, PA 19103-7395
                     (Counsel for Wilmington Trust Corp.)

By First Class Mail:    Gerald E. Arth, Esquire
                        Fox Rothschild, O'Brien & Frankel, LLP
                        2000 Market Street, 10th Floor
                        Philadelphia, PA 19103-3291
                        (Counsel for Clarica Life Insurance Company-U.S.)


_____

Alan C. Promer