# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REITNOUR INVESTMENT PROPERTIES -- LIMERICK, L.P.<br>1260 Valley Forge Road, Suite 103<br>Phoenixville, Pennsylvania 19460<br><br>vs.<br><br>CLARICA LIFE INSURANCE COMPANY – U.S.<br>13890 Bishop's Drive, Suite 300<br>Brookfield, Wisconsin 53008<br><br>and<br><br>WILMINGTON TRUST CORP.<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, Delaware 19890-0001<br><br>Defendants. | CIVIL ACTION<br><br>NO. 02-3455 |

## ORDER

AND NOW this _____ day of _____, 2002, pursuant to the Notice of Dismissal filed by Plaintiff Reitnour Investment Properties -- Limerick L.P., it is hereby ORDERED that the Clerk of Court shall enter an Order dismissing this action with prejudice as to Defendant Clarica Life Insurance Company – U.S.

_____
Bartle, III, U.S.D.J.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REITNOUR INVESTMENT PROPERTIES -- LIMERICK, L.P.<br>1260 Valley Forge Road, Suite 103<br>Phoenixville, Pennsylvania 19460<br><br>vs.<br><br>CLARICA LIFE INSURANCE COMPANY – U.S.<br>13890 Bishop's Drive, Suite 300<br>Brookfield, Wisconsin 53008<br><br>and<br><br>WILMINGTON TRUST CORP.<br>Rodney Square North<br>1100 North Market Street<br>Wilmington, Delaware 19890-0001<br><br>Defendants. | CIVIL ACTION<br><br>NO. 02-3455 |

**NOTICE OF DISMISSAL AS TO DEFENDANT**
**CLARICA LIFE INSURANCE COMPANY – U.S.**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Reitnour Investment Properties -- Limerick L.P., through counsel, herby gives notice that this action is to be dismissed with prejudice as to the remaining defendant, Clarica Life Insurance Company – U.S.

("Clarica"). Clarica has neither served an answer to the complaint nor filed a motion for summary judgment in this action.

Dated:  July 2, 2002                    Respectfully submitted,

                                              HANGLEY ARONCHICK SEGAL & PUDLIN

By: _____
     Henry E. Hockeimer, Jr. (Atty. I.D. No. 86768)
     Alan C. Promer (Atty. I.D. No. 81006)
     One Logan Square, 27th Floor
     Philadelphia, PA 19103-6933
     (215) 568-6200

     Attorneys for Plaintiff Investment Properties --
     Limerick, L.P.

## CERTIFICATE OF SERVICE

I hereby certify that copies of Plaintiff's Notice of Dismissal of Defendant Clarica Life Insurance Company – U.S. were served on July 2, 2002, as follows:

By First Class Mail:   Gerald E. Arth, Esquire
Fox Rothschild, O'Brien & Frankel, LLP
2000 Market Street, 10th Floor
Philadelphia, PA 19103-3291
(Counsel for Clarica Life Insurance Company-U.S.)

_____

Alan C. Promer